ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION; RAVENSTAR INVESTMENTS, LLC; RONALD L. BRANDON; PHIL FRINK & ASSOCIATES, INC.; GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD, <br><br> Defendants. | Case No.: 3:16-cv-00714-MMD-WGC <br><br> **JOINT STATUS REPORT PURSUANT TO COURT'S DECEMBER 12, 2016 ORDER [ECF NO. 71]** |

Plaintiff Bank of America, N.A. (BANA), and Defendants Silver Terrace II Landscape Maintenance Association (Silver Terrace), Ravenstar Investments, LLC and (Ravenstar), hereby file this joint status report and stipulation and continue to partially stay litigation pending Ravenstar's bankruptcy.

**I. Joint Interim Status Report**

    **A. Time Estimated for Trial:** The parties estimate that the time required for trial will be approximately three days.

    **B. Three Alternative Available Trial Dates:** The Nevada supreme court answered the certified question affirmatively on August 2, 2018, confirming that "even before the October 1,

2015, amendment to NRS 116.31168, the statute incorporated NRS 107.090's requirement to provide foreclosure notices to all holders of subordinate interests, even when such persons or entities did not request notice." SFR Invs. Pool 1, LLC, No. 72931, 2018 WL 3655608, at *5 (Nev. Aug. 2, 2018).

The certified question has been answered, however, in light of the ongoing Ravenstar bankruptcy, the parties agree that this matter should remain stayed until the bankruptcy is complete.

**C. Substantive Motions:** Kern filed a Renewed Motion to Dismiss Pursuant to Federal Rules of Civil procedure 12(b)(6) ("MTD") on August 10, 2017. (ECF No. 53). BANA filed its response to this motion on August 24, 2017. (ECF No. 56). Kern filed its reply in support of its MTD on August 31, 2017. (ECF No. 61). Silver Terrace filed a Renewed Motion to Dismiss on August 9, 2017. (ECF No. 51). BANA filed its response to this motion on August 23, 2017. (ECF No. 55). Silver Terrace filed a reply in support of its motion on August 30, 2017. (ECF No. 60). The court entered a judgment in favor of Kern on January 1, 2018, dismissing Bank of America's claims against it. (ECF No. 75). Kern, therefore, has been dismissed from the case.

**D. <u>Alternative Dispute Resolution:</u>** The parties hereby certify pursuant to LR 26-3 they considered the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation (collectively, **ADR**). The parties determined ADR is not a viable option at this time.

**E. <u>Alternative Forms of Case Disposition:</u>** The parties hereby certify pursuant to LR 26-3 they considered consent to trial by a magistrate judge and use of the short trial program. The parties determined this is not a viable option at this time.

**II. Stipulation and Order to Partially Stay Litigation Pending Ravenstar Bankruptcy**

Record title holder Ravenstar Investments, LLC has filed a Chapter 11 bankruptcy in Case No. 17-50751-btb. *See* ECF No. 62. In light of the Bankruptcy, the parties stipulate that this matter should be STAYED pending relief from the automatic stay, with the exception of Kern's MTD (ECF No. 53), and Silver Terrace's MTD (ECF No. 51).

The Kern MTD and the Silver Terrace MTD have both been fully briefed. The Court granted Kern's MTD. Disposition by the Court regarding Silver Terrace is pending. Silver Terrace's MTD pertains primarily to the legal issue of whether the claims against it are barred by the statute of

46107560;1

limitations. As such, the parties agree that the automatic stay of 11 U.S.C. Section 362(a) does not prohibit disposition of Kern and Silver Terrace's MTDs.

Respectfully submitted, this 14th day of September, 2018.

| **AKERMAN LLP** | **LEWIS, BRISBOIS, BISGAARD, & SMITH LLP** |
|---|---|
| /s/ *Karen A. Whelan, Esq.* | */s/ Marc S. Cwik* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>KAREN A. WHELAN, ESQ.<br>Nevada Bar No. 10466<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134 | MARC S. CWIK, ESQ.<br>Nevada Bar No. 6946<br>BRADLEY M. MARX, ESQ.<br>Nevada Bar No. 12999<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Defendant Silver Terrace II Landscape Maintenance Association* |

**DARBY LAW PRACTICE, LTD.**

/s/ *Kevin A. Darby*

KEVIN A. DARBY, Esq.
Nevada Bar No. 7670
TRICIA M. DARBY, Esq.
Nevada Bar No. 7956
4777 Caughlin Parkway
Reno, Nevada 89519

*Chapter 11 Bankruptcy Counsel for*
*Ravenstar Investments, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 17, 2018

46107560;1