ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig @akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION; RAVENSTAR INVESTMENTS, LLC; RONALD L. BRANDON; PHIL FRINK & ASSOCIATES, INC.; GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD, <br><br> Defendants. | Case No.: 3:16-cv-00714-MMD-WGC <br><br> **ORDER GRANTING** <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Bank of America, N.A. provides notice that Karen A. Whelan is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

46742749;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for Bank of America, N.A. All future correspondence, papers and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Donna M. Wittig, Esq.

Respectfully submitted, this 19th day of October, 2018.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: October 22, 2018

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

2

46742749;1