ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig @akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION; RAVENSTAR INVESTMENTS, LLC; RONALD L. BRANDON; PHIL FRINK & ASSOCIATES, INC.; GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD, <br><br> Defendants. | Case No.: 3:16-cv-00714-MMD-WGC <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| RAVENSTAR INVESTMENTS, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant | |

///

///

///

///

///

1

50303773;1

PLEASE TAKE NOTICE that Bank of America, N.A. provides notice that Rebekkah B. Bodoff, Esq. is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. All future correspondence, papers and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Donna M. Wittig, Esq.

DATED September 27, 2019.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

### COURT APPROVAL

**IT IS SO ORDERED.**

Date: September 30, 2019

William G. Cobb

**UNITED STATES MAGISTRATE JUDGE**
Case No.: 3:16-cv-00714-MMD-WGC

50303773;1