MARC S. CWIK, ESQ.
Nevada Bar No. 006946
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
E-Mail: Marc.Cwik@lewisbrisbois.com

*Attorneys for Defendant Silver Terrace II
Landscape Maintenance Association*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION; RAVENSTAR INVESTMENTS, LLC; RONALD L. BRANDON; PHIL FRINK & ASSOCIATES, INC.; GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD.,<br><br>Defendants. | CASE NO. 3:16-CV-00714-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

IT IS HEREBY STIPLATED between Plaintiff Bank of America, N.A. ("Plaintiff"), by and through its counsel of record, and Donna M. Wittig, Esq. of the law firm AKERMAN LLP, and Silver Terrace II Landscape Maintenance Association ("Silver Terrace"), by and through its counsel of record Marc S. Cwik, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP that the time for Silver Terrace to file a Response to Plaintiff's Complaint [ECF No. 1], now that the Stay of Proceedings has been lifted [ECF No. 93], is hereby extended up to and including November 15, 2019.

///

///

///

1

This is the first request for an extension after the Court ruled upon Silver Terrace's Renewed Motion to Dismiss [ECF No. 74] and it is not intended to cause delay, but is made in good faith after discussions between counsel to allow time for Ravenstar Investments, LLC ("Ravenstar") to address its current lack of having counsel of record in this matter under the Amended Discovery Plan and Scheduling Order [ECF No. 96] and to allow time for the parties through counsel to explore early resolution of Plaintiff's claims and Ravenstar's counter-claim and cross-claims.

DATED this 24th day of October, 2019.   DATED this 24th day of October, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP   AKERMAN LLP

 /s/ Marc S. Cwik   　　　　　　　　　　　　 /s/ Donna M. Wittig
MARC S. CWIK, ESQ.   ARIEL E. STERN, ESQ.
Nevada Bar No. 6946   Nevada Bar No. 8276
6385 S. Rainbow Boulevard, Suite 600   DONNA M. WITTIG, ESQ.
Las Vegas, NV 89118   Nevada Bar No. 11015
　　　　　　　　　　　　　　　　　　　　　　1160 Town Center Drive, Suite 330
*Attorneys for Defendant/Cross Defendant Silver* Las Vegas, NV 89144
*Terrace II Landscape Maintenance Association*

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 25, 2019