# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | 3:16-cv-00714-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | November 22, 2019 |
| SILVER TERRACE II LANDSCAPE ) | |
| MAINTENANCE ASSOCIATION, ) | |
| RAVENSTAR INVESTMENTS, LLC, ) | |
| RONALD L. BRANDON, PHIL FRINK ) | |
| & ASSOCIATES, INC., GAYLE A. KERN, ) | |
| LTD. dba KERN & ASSOCIATES, LTD., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is the motion of Kevin A. Darby, Esq., of Darby Law Practice, Ltd., to withdraw as counsel for Defendant Ravenstar Investments, LLC (ECF No. 101). No timely response has been filed. Therefore, counsel's motion (ECF No. 101) is **GRANTED**.

    Although 28 U.S.C. § 1654 allows "parties" to "plead and conduct their own cases personally," the statute has not been interpreted to allow corporate entities to do so. "Corporations and other unincorporated associations must appear in court through an attorney." *In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (citations omitted).  This rule "prohibits *pro se* plaintiffs from pursuing claims on behalf of others in a representative capacity." *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008); *see also C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) (trustee may not appear *pro se* because he is not the person who by substantive law has the right sought to be enforced).

///

As Judge Hicks noted in *HDR Insurance Managers, LLC v. Summit Insurance Services, Inc.*, No. 2:09-cv-0380-LRH-GWF (D. Nev. 2011),

> It is well recognized that a corporation may only appear in federal court through licensed counsel. *See e.g., Rowland v. California Mens Colony, Unit II Mens' Advisory Council*, 506 U.S. 194, 200-201 (1983); *In re Highley*, 459 F.3d 554, 555 (9th Cir. 1972).

**IT IS HEREBY ORDERED** that Defendant Ravenstar Investments, LLC, shall file a substitution of counsel within **thirty (30) days** of this order, i.e., on or before **Friday, January 3, 2020.**

**IT IS FURTHER ORDERED** that a copy of this order and all documents filed until Defendant Ravenstar Investments, LLC, obtains counsel shall be served on Ravenstar Investments, LLC, via regular mail at the following address:

> Ravenstar Investments, LLC
> Attn: Ronald Brandon
> Post Office Box 7752
> Reno, Nevada 89510

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: \_\_\_\_\_/s/_____
      Deputy Clerk