MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER
Nevada Bar No. 7862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Marc.Cwik@lewisbrisbois.com
Adam.Pernsteiner@lewisbrisbois.com

*Attorneys for Defendant Silver Terrace II Landscape Maintenance Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | CASE NO. 3:16-CV-00714-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR FILING REPLY BRIEFS RE: PENDING DISPOSITIVE MOTIONS** |
| v. | |
| SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION; RAVENSTAR INVESTMENTS, LLC; RONALD L. BRANDON; PHIL FRINK & ASSOCIATES, INC.; GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD., | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff BANK OF AMERICA, N.A., ("BANA"), by and through its counsel of record, Darren T. Brenner, Esq. and Holly E. Walker, Esq. of Akerman LLP.; Defendant SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION ("Silver Terrace"), by and through its counsel of record, Marc S. Cwik, Esq., and Adam J. Pernsteiner, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP; and RAVENSTAR INVESTMENTS, LLC ("Ravenstar") by and through its counsel of record, Nathan J. Aman, Esq. and Stephanie K. Funk, Esq. of Viloria, Oliphant, Oster & Aman LLP that:

1. The date for BANA to file reply points and authorities in support of Bank of America, N.A.'s Motion for Partial Summary Judgment [ECF 109], currently due on March 11, 2020, shall be extended up to and including March 18, 2020; and

2. The date for Silver Terrace to file reply points and authorities in Support of Silver Terrace II Landscape Maintenance Association's Motion for Summary Judgment [ECF 112], currently due on March 11, 2020, shall be extended up to and including March 18, 2020.

DATED this 11th day of March, 2020.

AKERMAN LLP

/s/ *Holly E. Walker*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff Bank of America, N.A*

DATED this 11th day of March, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Marc S. Cwik*
MARC S. CWIK, ESQ.
Nevada Bar No. 06946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Silver Terrace II Landscape Maintenance Association*

DATED this 11th day of March, 2020.

VILORIA, OLIPHANT,
OSTER & AMAN LLP

/s/ *Stephanie K. Funk*
NATHAN J. AMAN, ESQ.
Nevada Bar No. 8354
STEPHANIE K. FUNK, ESQ.
Nevada Bar No. 12898
327 California Ave.
Reno, NV 89509
*Attorneys for Defendant Ravenstar Investments, LLC*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2020

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 11th day of March, 2020, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR FILING REPLY BRIEFS RE: PENDING DISPOSITIVE MOTIONS** to be served via the CM/ECF filing system and/or U.S. Mail to all parties on the service list.

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8686<br>darren.brenner@akerman.com<br>Holly E. Walker, Esq.<br>Nevada Bar No. 14295<br>holly.walker@akerman.com<br>AKERMAN, LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | *Attorneys for Plaintiff Bank of America, N.A.* | P: (702) 634-5000<br>F: (702) 380-8572 |
| Nathan J Aman, Esq.<br>Nevada Bar No. 8354<br>naman@renonvlaw.com<br>Stephanie K. Funk, Esq.<br>Nevada Bar No. 12898<br>sfunk@renonvlaw.com<br>VILORIA. OLIPHANT, OSTER & AMAN L.L.P.<br>327 California Ave.<br>Reno, Nevada 89509 | *Attorney's for Defendant Ravenstar Investments, LLC* | P: (775)284-8888<br>F: (702) 284-3838 |

By  /s/ *Susan Awe*
Susan Awe, An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP