DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:  3:16-cv-00714-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO FILE RESPONSE TO THE OBJECTIONS FILED BY SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION (ECF NO. 124) AND RAVENSTAR INVESTMENTS, LLC (ECF NO. 125)** |
| SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION; RAVENSTAR INVESTMENTS, LLC; RONALD L. BRANDON; PHIL FRINK & ASSOCIATES, INC.; GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD, | |
| Defendants. | **(FIRST REQUEST)** |
| RAVENSTAR INVESTMENTS, LLC, | |
| Counterclaimant, | |
| v. | |
| BANK OF AMERICA, N.A., | |
| Counterdefendant. | |

Bank of America, N.A. (**BANA**), Silver Terrace II Landscape Maintenance Association (**Silver Terrace**), and Ravenstar Investments, LLC (**Ravenstar**) respectfully stipulate to extend the time to May 8, 2020 for BANA to respond to the objections filed by Silver Terrace (ECF No. 124) and Ravenstar (ECF No. 125). On April 10, 2020, BANA filed its bill of costs (ECF No. 123).  On April 23, 2020, Silver Terrace filed its objection to BANA's bill of costs (ECF No. 124) and on April 24,

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
11635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  2020, Ravenstar filed its objection to BANA's bill of costs (ECF No. 125).  Due to COVID-19

2  Coronavirus community and global health risks, and resulting travel restrictions, remote work

3  environment transitions, and precautionary office closures, BANA requests additional time to file its

4  response. The parties propose that BANA's response to the objections shall be due on or before May 8,

5  2020.

6           This is the parties' first request for extension of this deadline.  This stipulation is made in good

7  faith and not for the purpose of delay.

8  Dated the 29th day of April, 2020.          Dated the 29th day of April, 2020.

9  **AKERMAN LLP**                            **VILORIA, OLIPHANT, OSTER & AMAN,
                                            LLP**
10

11  */s/ Holly E. Walker, Esq.*                  */s/ Stephanie K. Funk, Esq.*
    DARREN T. BRENNER, ESQ.                   NATHAN J. AMAN, ESQ.
    Nevada Bar No. 8386                       Nevada Bar No. 8354
12  HOLLY E. WALKER, ESQ.                     STEPHANIE K. FUNK, ESQ.
    Nevada Bar No. 14295                      Nevada Bar No. 12898
13  1635 Village Center Circle, Suite 200     327 California Ave.
    Las Vegas, Nevada 89134                   Reno, Nevada 89509
14  *Attorneys for Bank of America, N.A.*       *Attorneys for Ravenstar Investments, LLC*

15

16  Dated the 29th day of April, 2020.

17  **LEWIS BRISBOIS BISGAARD & SMITH
    LLP**

18  */s/ Marc S. Cwik*
19  MARC S. CWIK, ESQ.
    Nevada Bar No. 006946
20  ADAM J. PERNSTEINER, ESQ.
    Nevada Bar No. 7862
21  6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
22  *Attorneys for Silver Terrace II Landscape
    Maintenance Association*

23

24                                  **ORDER**
           **IT IS SO ORDERED:**
25

26                                  _____
                                    **UNITED STATES DISTRICT COURT JUDGE**
27                                  Case No.: 3:16-cv-00714-MMD-WGC

28                                  **DATED:** May 11, 2020