MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION; RAVENSTAR INVESTMENTS, LLC; RONALD L. BRANDON; PHIL FRINK & ASSOCIATES, INC.; GAYLE A. KERN, LTD. DBA KERN & ASSOCIATES, LTD,<br><br>Defendants. | Case No.:  3:16-cv-00714-MMD-WGC<br><br>**STIPULATION AND ORDER TO WITHDRAW SILVER TERRACE II LANDSCAPE MAINTENANCE ASSOCIATION'S MOTION TO RETAX COSTS (ECF No. 132)** |
| RAVENSTAR INVESTMENTS, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Counterdefendant. | |

Bank of America, N.A. (**BANA**) and Silver Terrace II Landscape Maintenance Association (**HOA**) respectfully stipulate to the following:

/ / /

/ / /

/ / /

{39806827;2}                                                                1

1. On June 10, 2020, the clerk of the court awarded costs in the amount of $1,796.50, in favor of BANA and against all defendants, including the HOA and Ravenstar Investments, LLC (**Ravenstar**). ECF No. 130; ECF No. 131.

2. On June 17, 2020, the HOA filed a motion to retax costs. ECF No. 132. On July 1, 2020, BANA opposed the HOA's motion. ECF No. 133. On July 8, 2020, the HOA filed its reply supporting its motion. ECF No. 134.

3. The HOA and BANA have reached a settlement to resolve the motion to retax costs between them. In particular, the HOA has agreed to withdraw its motion to retax costs, in exchange for paying BANA half of the costs awarded against the HOA (in the amount of $898.25). BANA has agreed to waive the right to collect the remaining half of the costs from the HOA.

4. Nothing in this stipulation and order precludes BANA from collecting the remaining half of the costs from all other defendants, including Ravenstar, and BANA expressly reserves this right.

Dated the 27th day of July, 2020.

**AKERMAN LLP**

 */s/ Holly E. Walker, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A.*

Dated the 27th day of July, 2020.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

 */s/ Marc S. Cwik, Esq.*
MARC S. CWIK, ESQ.
Nevada Bar No. 6946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Silver Terrace II Landscape Maintenance Association*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No.: 3:16-cv-00714-MMD-WGC

DATED: July 27, 2020